# *IN THE DISTRICT COURT OF THE UNITED STATES*

# *for the Western District of New York*

|  |  |
|---|---|
|  | MAY 2013 GRAND JURY<br>(Impaneled 05/03/2013) |
| **THE UNITED STATES OF AMERICA** | **INDICTMENT** |
| *-vs-* | **Violation:**<br>Title 18, United States Code,<br>Sections 111(a) and 111(b) |
| **JORDAN HIDALGO** | (1 Count) |

## COUNT 1

**(Assaulting a Federal Officer)**

**The Grand Jury Charges That:**

On or about September 17, 2013, in the Western District of New York, the defendant, **JORDAN HIDALGO**, intentionally did forcibly assault, resist, oppose, impede, intimidate, and interfere with J.B., a person known to the Grand Jury, a Deputy United States Marshal, while he was engaged in, and on account of the performance of, his official duties, and during the commission of such acts, did inflict bodily injury on J.B.

**All in violation of Title 18, United States Code, Sections 111(a) and 111(b).**


DATED:  Buffalo, New York, September 26, 2013.


                                    WILLIAM J. HOCHUL, JR.
                                    United States Attorney


BY:    S/JOSEPH M. TRIPI
         JOSEPH M. TRIPI
         Assistant United States Attorney
         United States Attorney's Office
         Western District of New York
         138 Delaware Avenue
         Buffalo, New York  14202
         716/843-5839
         Joseph.Tripi@usdoj.gov


A TRUE BILL:


S/FOREPERSON
FOREPERSON