UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

─────────────────────────────────

UNITED STATES OF AMERICA,

                                                      **ORDER**
          v.                                          13-CR-205-A

JORDAN HIDALGO,

                                  Defendant.

─────────────────────────────────

       This case was referred to Magistrate Judge H. Kenneth Schroeder, Jr., pursuant to 28 U.S.C. § 636(b)(1)(B) for pretrial proceedings.  Magistrate Judge Schroeder filed a Report and Recommendation, Dkt. No. 18, on January 28, 2014 recommending that defendant Jordan Hidalgo's motion to suppress certain statements defendant made, Dkt. No. 7, be denied.

       Defendant Jordan Hidalgo filed objections to the Report and Recommendation, Dkt. No. 19, the United States filed its response, Dkt. No. 20, and the Court heard oral argument on June 26, 2014.  Pursuant to 28 U.S.C. § 636(b)(1), the Court has reviewed *de novo* the portions of the Report and Recommendation subject to defendant's objections.  It is hereby

       **ORDERED**, after *de novo* review, and for the reasons set forth in Magistrate Judge Schroeder's Report and Recommendation, defendant Hidalgo's motion to suppress his September 17, 2013 statements is denied.  The Report and Recommendation, Dkt. No. 18, is therefore adopted in its entirety.  The parties shall

appear to set a date for trial August 6, 2014 at 9:00 a.m.

**IT IS SO ORDERED.**

    ___*Richard J. Arcara*_____
    HONORABLE RICHARD J. ARCARA
    UNITED STATES DISTRICT COURT

Dated:  August 5, 2014