IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

        v.                                        13-CR-205-A

JORDAN HIDALGO,

        Defendant.

_____

## STATEMENT OF THE GOVERNMENT
## WITH RESPECT TO SENTENCING FACTORS

**PLEASE TAKE NOTICE**, that the government hereby adopts all findings of the Presentence Report with respect to sentencing factors in this action.

Should the defendant present any letters of support or sentencing statement to the Court, the United States will move to strike the items from the record if this office is not provided with copies at least three (3) business days prior to sentencing.

The defendant is required by 18 U.S.C. § 3013 to pay the sum of $100 at the time of sentencing. Immediately after sentencing, the defendant must pay the amount due by personal check, cashier's check, or certified funds to the United States District Court Clerk.

It is requested that the Court order that all financial obligations be due immediately. In the event the defendant lacks the ability to immediately pay the financial obligations in full, it is requested that the Court set a schedule for payment of the obligations.

DATED:   Buffalo, NY, January 2, 2015.

                    WILLIAM J. HOCHUL, JR.
                    United States Attorney

     By:   s/WEI XIANG
            Assistant United States Attorney
            United States Attorney's Office
            Western District of New York
            138 Delaware Avenue
            Buffalo, NY   14202
            716/843-5806
            Wei.Xiang@usdoj.gov