pg. 1-2

11/21/15

Dear Judge Arcara,

I'm writing you this letter to please ask if you can have me moved to a closer jail to Buffalo down closer to my lawyer's officer. I have been requesting this for awhile now.

I am currently under going severe abuse and misstreatment. I am also being denied grievance's. Which helps remedy critical situations such as my own.

This letter will be brief as possible because i know you are a busy judge.

I am currently being held at choutaqua county jail (C.C.J.) The latest abusive incident occured 11/21/15 6:24 pm with Sgt. Fuller denieing me a grievance. Your Honor for the record a grievance is a complaint form filled out by a inmate. It is either documented at the facility or is fully documented and sent to

Albany depending on the inmates discretion.

Among harsh filthy living conditions and manipulated harsh environments, i have endured racial derogatory comments from an officer named Walsh, Badge # ____. The racial slurs occured on the same date i was denied a grievance from Sgt. fuller, which was 11/21/15 at 9:00 am.

I am askin to Be removed from this facility and have disiplinary action taken towards this Sgt. and officer. As you know i am a federal inmate facing serious time. I do not need unessary stress, problems or issues. I wish to only fight my case and do my time as peacefully as possible.

Please and thankyou for your time, please respond to either myself or my Lawyer Michael O'Rourke.

This is very serious please and thankyou again for your time.

SIGNED IN MY PRESENCE
BY JORDAN HIDALGO
ON 23 NOV 2015.

Daniel F Quagliana - Notary Public
State of New York - Chautauqua Co.
#01QU6068958 Expires: 01-14-2018

Sincerly

Jordan Hidalgo
Jordan Hidalgo

Jordan Hidalgo
P.O. Box 190
Maynard NY
14757

Richard Arcara
Buffalo Federal Court Building
2 Niagara Square
Buffalo NY
14202

11-CR-151
13-CR-205

KB